**93–2550.** State v. King. *Warren County,* No. CA93–04–031. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Warren County and as a claimed appeal as of right from said court. Appellant's request for extension of time to file memorandum in support of jurisdiction was denied by this court on December 17, 1993. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte,* effective January 27, 1994.

*Wednesday, February 2, 1994*

## MERIT DOCKET

**93–1467.** Ellis v. Tuscarawas Cty. Court of Common Pleas. In Mandamus. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–1977.** State ex rel. Stevens v. Ohio Adult Parole Auth. In Mandamus. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–2078.** State ex rel. Freeman v. Ohio Adult Parole Auth. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–2189.** State ex rel. Neal v. Ohio Adult Parole Auth. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–2237.** Roth v. Capital Am. Life Ins. Co. Certified Question of State Law, No. 891086. *Sua sponte,* cause dismissed pursuant to S.Ct.Prac.R. XVI(9).

MOYER, C.J., A.W. SWEENEY, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

DOUGLAS, J., dissents.

**93–2306.** Gilmore v. Summit Cty. Children's Serv. Bd. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–2382.** Burgos v. Ohio Parole Bd. In Mandamus. On motion for leave to appear *pro hac vice.* Motion denied. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–2435.** State ex rel. Brown v. Ohio Adult Parole Auth. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–2478.** Ruedele v. Kiefer. *Licking County,* No. 93–CA–3. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

DOUGLAS, J., dissents and would grant the motion for leave to file memorandum in support instanter.

**93–2516.** State ex rel. Anderson v. Ohio Adult Parole Auth. In Mandamus. On motion for summary judgment. Motion for summary judgment treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., would grant the motion for summary judgment.